UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------

UFCW LOCAL 174 COMMERCIAL PENSION FUND,

                    Plaintiff,

-against-

PAT FALCIGLIA, INC, et al.,

                    Defendants.

**ORDER**

25-CV-03666 (PMH)

PHILIP M. HALPERN, United States District Judge:

      UFCW Local 174 Commercial Pension Fund ("Plaintiff") initiated this action on May 1, 2025, against Pat Falciglia, Inc. ("Falciglia"), as well as XYZ Corporations and John and Jane Does, to collect "withdrawal liability" and statutory damages under the Employee Retirement Income Security Act of 1974. (Doc. 1). A Clerk's Certificate of Default was entered as to Falciglia on May 28, 2025. (Doc. 10). The Court thereafter, on motion by Plaintiff, entered an order to show cause as to why entry of default judgment should not be entered against Falciglia. (Doc. 24).

      Plaintiff, in support of its motion, submitted the declaration of Laurette Pillori ("Pillori"). (Doc. 22). According to the declaration, the total principal withdrawal liability outstanding is $666,906.00. (*Id.* ¶ 16). Pillori comes to this total by subtracting $23,760.00—identified as the amount Falciglia has remitted towards the withdrawal liability principal—from the current withdrawal liability principal due. (*Id.* ¶¶ 15-16). Pollori draws the $23,760.00 figure from the spreadsheet attached as Exhibit H to the declaration, reflecting Falciglia's payment history. (*Id.* ¶ 15; Doc. 22-8). That spreadsheet, however, reflects that Falciglia has paid a total of $27,720.00. (*Id.*).

Accordingly, by August 29, 2025, Plaintiff shall file a letter via ECF not to exceed five pages explaining why Plaintiff, in calculating the total withdrawal liability, did not credit Falciglia with the full amount ($27,720.00) set forth in Exhibit H to the Pillori declaration.

**SO ORDERED.**

Dated:   White Plains, New York
        August 26, 2025

_____
PHILIP M. HALPERN
United States District Judge