UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UFCW LOCAL 174 COMMERCIAL PENSION : 
FUND, BY ITS TRUSTEE, :
: Civil Action No.: 7:25-cv-03666-PMH
                      Plaintiffs :
        vs. :
:
PAT FALCIGLIA, INC.; XYZ CORPORATIONS :
1-10; and JOHN AND JANE DOES 1-10, :
:
                      Defendants. :
-------------------------------------------------------------- x

## DEFAULT JUDGMENT AND ORDER

This action having been commenced on May 1, 2025 by the filing of the complaint and the issuance of the summons; a copy of the summons and complaint having been served on Defendant Pat Falciglia, Inc. ("Falciglia") on May 6, 2025 via service on the Office of the Secretary of State of the State of New York, and proof of service having been filed with the Clerk of Court on May 16, 2025; Falciglia not having answered the amended complaint; and the time for answering the amended complaint having expired; said default being willful because of the failure of Falciglia to answer, prejudicial to Plaintiffs in light of the statutory policy favoring the efficacious resolution of collection actions by employee benefit funds under the Employee Retirement Income Security Act of 1974, as amended ("ERISA"); and the Defendant lacking a meritorious defense; it is:

ORDERED, ADJUDGED AND DECREED that

1. Falciglia is liable to Plaintiffs in the amount of $806,504.51 [struck through] $816,724.65, consisting of:

    (a)     $662,946.00 in withdrawal liability principal;

    (b)     $5,538.31 in interest through June 13, 2025, plus $138.11 in additional daily interest commencing on June 14, 2025, which the Court has calculated to total $10,220.14;

    (c)     $132,589.20 in liquidated damages; and

10221203.1

- 2 -

      (d)      $5,431.00 in attorney's fees and costs; and

It is further ORDERED, ADJUDGED and DECREED that this action is dismissed without prejudice against Defendants XYZ Corporations 1-10 and John and Jane Does 1-10., with leave to Plaintiffs to either reopen this action or bring a new action against any entity that falls within Falciglia's controlled group, once identified, for the amount of judgment awarded herein, plus additional damages, if any.

SO ORDERED.

Dated: August 27, 2025
       White Plains, New York

_____
HON. PHILIP M. HALPERN, U.S.D.J.